IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BEVERLY TRICE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-00740-W-HFS |
| | ) | |
| LINDA D. FRIEDMAN | ) | |
| individually | ) | |
| | ) | |
| STOWELL & FRIEDMAN, LTD. | ) | |
| a professional corporation | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is plaintiff's motion for dismissal without prejudice. Plaintiff represents that counsel for defendants does not oppose this motion. Also, before the court is defendants' pending motion to dismiss for failure to state a claim, or, alternatively, for a more definite statement.

Accordingly, it is hereby

ORDERED that defendants' motion to dismiss (ECF doc. 7) is DENIED as moot. It is further

ORDERED that plaintiff's motion to dismiss this action without prejudice (ECF doc. 27) is GRANTED each party to bear its own costs.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

December  6 , 2010

Kansas City, Missouri